IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAFIR S. KAZI,

       Appellant,

 v.

       Case No.  5D22-2521
       LT Case No. 2022-CF-1146-A

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed April 28, 2023

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr, Assistant Attorney General,
Daytona Beach, for Appelee.

 PER CURIAM.

In this Anders[1] appeal, we affirm the judgment and sentence imposed by the trial court. However, as raised in the Appellant's brief, we remand for the lower court to strike Appellant's motion to withdraw plea and the order on the motion, both of which were filed after Appellant filed his notice of appeal. See Payet v. State, 47 Fla. L. Weekly D1705 (Fla. 5th DCA Aug. 12, 2022) (affirming judgments and sentences in Anders appeal but remanding with instructions for trial court to strike the defendant's motion to withdraw plea and the order on the motion that were both filed subsequent to the notice of appeal).

AFFIRMED; REMANDED with directions to strike Appellant's motion to withdraw plea and the order entered on the motion that were both filed after his notice of appeal.

EDWARDS, JAY and BOATWRIGHT, JJ., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).

2